**Electronically Filed
Supreme Court
SCWC-11-0000426
28-JUN-2013
08:21 AM**

SCWC-11-0000426

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

HELEN E. PAGLINAWAN, individually and as the Trustee
of the Helen E. Paglinawan, a Revocable Living Trust,
Petitioner/Plaintiff-Appellee,

vs.

MICHAEL S.C. ROMPEL and KARLA LIMA ROMPEL,
Respondents/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000426; CASE NO. 1RC10-1-9873)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioner/Plaintiff-Appellee Helen E. Paglinawan's

application for writ of certiorari filed on May 23, 2013, is

hereby rejected.

DATED: Honolulu, Hawai'i, June 28, 2013.

Scott C. Arakaki
for petitioner

/s/ Mark E. Recktenwald

Peter J. Lenhart
for respondents

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

